IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>M.B. CONNEALY & SONS, INC.,<br><br>Defendant,<br><br>And<br><br>FIRST NEBRASKA BANK,<br><br>Garnishee. | 8:17CV378 |

**ORDER TO ISSUE WRIT OF GARNISHMENT**

This matter comes before this Court on the Ex-Parte Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against First Nebraska Bank, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against First Nebraska Bank, Attn: Legal Dept., 330 N. Spruce, Valley, NE 68064.

DATED this 25 day of October, 2018.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge